DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAZEL JOHNSON,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
Appellee.

No. 4D2023-2288

[July 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Christopher William Pole, Judge; L.T. Case No. CACE-17-002925.

David J. Winker of David J. Winker, P.A., Coral Gables, for appellant.

Kathleen D. Dackiewicz, Sara F. Holladay, and Emily Y. Rottmann of McGuireWoods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***